UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATRICK CARPENTER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER  07- 0170-JJB-SCR** |
| | * | |
| **THE BOARD OF SUPERVISORS OF THE** | * | **JUDGE BRADY** |
| **LOUISIANA COMMUNITY AND** | * | |
| **TECHNICAL COLLEGE SYSTEM, ET AL** | * | **MAGISTRATE RIEDLINGER** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, appearing herein for the purpose of the present motion, come defendants, the Board of Supervisors of the Louisiana Community and Technical College System and Louisiana Board of Regents and Louisiana Technical College, who move the Court to enter, pursuant to Rule 56 of the Federal Rules of Civil Procedure, a summary judgment in his favor on the grounds that the pleadings, depositions, answers to interrogatories, and admissions on file, together with the attached affidavits, exhibits, and Statement of Uncontested Material Facts, show that there is no genuine issue as to any material fact and that defendants are entitled to judgment as a matter of law, for the reasons set forth in the accompanying Memorandum filed herewith.

**WHEREFORE**, defendants, the Board of Supervisors of the Louisiana Community and Technical College System and Louisiana Board of Regents and Louisiana Technical College, pray that plaintiff's Complaint against them be dismissed at plaintiff's costs.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:    s/ Scott G. Vincent
        Scott G. Vincent (#14478)
        Stacey Johnson (#27331)
        Assistant Attorneys General

Louisiana Department of Justice
Litigation Division
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6300
Facsimile: (225) 326-6495

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and forgoing pleading has been forwarded to plaintiff by placing same in the U.S. mail, properly addressed, with first class postage affixed thereto, this 25th day of March, 2008.

            s/ Scott G. Vincent