# PATRICK CARPENTER
9621 EAST GRAHAM AVENUE
BATON ROUGE, LA 70814

Telephone: 225-929-7665

Facsimile: 225-248-9611

April 6, 2005

Dr. Margaret Montgomery-Richard, Chancellor
Louisiana Technical College
150 3rd Street
Baton Rouge, LA 70801

**CERTIFIED MAIL # 7004 1350 0000 4274 8735**

Dear Dr. Margaret Montgomery- Richard:

On March 9, 2005 a certified mail letter was mailed to you to serve first as a *formal grievance as defined in the LCTCS Policy # II.3.015 and second as a formal complaint of Harassment as defined in the LCTCS Policy # II.3.011 based on my race and my color*. I have not received a response from you or anyone regarding the letter and am sending a second letter. This second letter is a much summarized version of the first letter and I will be willing to elaborate and supply a copy of the first letter once these matters are addressed.

As the first letter stated, I am scheduled to receive a $9800 dollar salary reduction as of "April 25, 2005" as per Mr. Meaux. The salary reduction will greatly impact my family. I have been forced to change positions four times by Mr. Meaux in order to keep my job during my employment with LTC-BR Campus as of December 4, 2002. The moves and the anticipated salary reduction as per Mr. Meaux have not been adequately justified.

I am being harassed based on my race and my color. I have been forced to comply with the treatment during my employment with LTC-BR Tech Campus. I am currently in financial aid "assisting Mr. Lemoyne Williams". I have voiced some concerns about the treatment I have received in the past to Mr. Meaux, Dr. Kay McDaniel, Mr. William Wainwright, Mike Gassen, Dr. Brunswick, and Alicia Cyprian-Andrews.

Providing the summarized information above, I am directing this grievance to you, Dr. Margaret Montgomery-Richard, due to this grievance involving my supervisors (LTC-BR administrative chain-of-command). The grievance is clearly directed to the following persons: Mr. Meaux, Dr. Kay McDaniel, and Mr. William Wainwright. Based on the treatment that I have received from them, I don't feel comfortable discussing any more of my concerns with any of the aforementioned. I have been the victim of constant harassment and indifferent treatment for a long time. I have attempted to make the best out of these situations for the welfare of my family and my religious beliefs. I have also

**EXHIBIT**
I

**PATRICK CARPENTER**
9621 EAST GRAHAM AVENUE
BATON ROUGE, LA 70814

Telephone: 225-929-7665

Facsimile: 225-248-9611

As stated in the first letter, I can no longer allow the treatment to continue. These acts are very detrimental to me. These civilly wrongful acts have been and are still affecting my total health. I am concerned that my job performance will be affected by this if nothing is done. I am seeking your help in these matters. I am now convinced that the indifferent treatment and racial harassment will not stop until I file, in writing, a formal complaint. I am also convinced that the next move for me will be out of the door based on the previous treatment. I have verbally discussed some of my concerns in the past but no changes have pursued.

Again, as stated in the first letter, I don't feel comfortable in my workplace environment and the treatment will no longer be tolerated. Again, I am following the aforementioned policies to present this complaint. I am aware of my rights as a U.S. citizen, aware of the LTC/LCTCS policies and will exercise them to the fullest. I am not, by any means, making any threats but am exercising my rights by voicing my concerns. However, future incidences will not be tolerated. I am also notifying all that are considered to be my supervisors of my willingness at this point to utilize the LTC/LCTCS chain-of-command and/or policies, first, to resolve these matters.

Sincerely,

*Mr. Patrick Carpenter* (signature)

Mr. Patrick Carpenter



Carpenter v. LTC
Bates No. 000005